Opinion by DONLON, J. In accordance with stipulation of counsel that the merchandise consists of prepared or preserved pork similar in all material respects to that the subject of *C. J. Tower & Sons* v. *United States* (43 Cust. Ct. 36, C.D. 2100), the claim of the plaintiffs was sustained.

BEFORE THE FIRST DIVISION, APRIL 25, 1963

No. 67627.—Baruch Petranker Import Co., Inc., and Thornley & Pitt *v.* United States, protest 61/23056 (San Francisco).

Opinion by WILSON, J. In accordance with stipulation of counsel that the merchandise and issues are similar in all material respects to those involved in *Falcon Sales Company* and *J. J. Murphy & Co.* v. *United States* (47 Cust. Ct. 129, C.D. 2292), the claim of the plaintiffs was sustained.

No. 67628.—Mulco Products, Inc. *v.* United States, protest 62/9312 (Savannah).

Opinion by WILSON, J. In accordance with stipulation of counsel that the merchandise and issues are similar in all material respects to those involved in *Falcon Sales Company* and *J. J. Murphy & Co.* v. *United States* (47 Cust. Ct. 129, C.D. 2292), the claim of the plaintiff was sustained.

No. 67629.—Transamerican Match Corporation *v.* United States, protest 62/15069–16694 (New Orleans).

Opinion by WILSON, J. In accordance with stipulation of counsel that the merchandise and issues are similar in all material respects to those involved in *Falcon Sales Company* and *J. J. Murphy & Co.* v. *United States* (47 Cust. Ct. 129, C.D. 2292), the claim of the plaintiff was sustained.

No. 67630.—Transamerican Match Corp. *v.* United States, protest 62/15179 (Tampa).

Opinion by Wilson, J. In accordance with stipulation of counsel that the merchandise and issues are similar in all material respects to those involved in *Falcon Sales Company* and *J. J. Murphy & Co.* v. *United States* (47 Cust. Ct. 129, C.D. 2292), the claim of the plaintiff was sustained.

No. 67631.—Charles Garcia & Co., Inc. v. United States, protest 314626–K (New York).

Opinion by Wilson, J. In accordance with stipulation of counsel that the merchandise consists of fishing reels with two spools similar in all material respects to those the subject of *United States* v. *Charles Garcia & Co., Inc.* (48 CCPA 140, C.A.D. 780), the claim of the plaintiff was sustained.

No. 67632.—Coldwater Seafood Corp. v. United States, protest 61/10328 (New York).

Opinion by Wilson, J. In accordance with stipulation of counsel that the merchandise consists of fish blocks similar in all material respects to those the subject of *The Lee Herrmann Co., a/c The Coldwater Seafood Corp.* v. *United States* (43 Cust. Ct. 49, C.D. 2101), the claim of the plaintiff was sustained.

No. 67633.—Japan Food Corp. and Hoyt, Shepston & Sciaroni v. United States, protest 61/13714 (San Francisco).

Opinion by Wilson, J. In accordance with stipulation of counsel that the merchandise consists of fish blocks similar in all material respects to those the subject of *The Lee Herrmann Co., a/c The Coldwater Seafood Corp.* v. *United States* (43 Cust. Ct. 49, C.D. 2101), the claim of the plaintiffs was sustained.

No. 67634.—R. Greenspan & Co. v. United States, protest 58/19304 (New York).